### (January 20, 1972)

ARLINE BRONZAFT, Respondent, v. LOUIS GOLDMAN et al., Defendants, and TRIMUSE CORP., Appellant.— Order, Supreme Court, New York County, entered June 2, 1971, denying motion of the defendant-appellant for summary judgment, dismissing the complaint as against it, unanimously affirmed, but

without prejudice to a renewal of the motion for summary judgment, if defendant-appellant is so advised, after completion of pretrial disclosure proceedings. Respondent shall recover of appellant $50 costs and disbursements of this appeal. Concur — Stevens, P. J., McGivern, Kupferman, Murphy and Capozzoli, JJ.